# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHITE,<br><br>                    Plaintiff,<br><br>vs.<br><br>REGENCY CENTERS, LP,<br><br>                    Defendant. | CASE NO. 17cv1263-LAB (BLM)<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

      Dorothy White alleges that Regency Centers is violating the ADA because two of the reserved parking spaces outside its Starbucks are too steep. She claims that these spaces make it hard for her to exit a car because her "wheelchair/walker can roll and/or a lift's platform cannot sit level." Since White's counsel admitted that she doesn't drive or own a mobility-equipped van, and, it wasn't obvious why a sloped space would impede a walker, the Court ordered White to show cause why the action shouldn't be dismissed for lack of standing. White responded by offering to amend, and citing agency guidelines that suggest a sloped space may impede a walker.

      But the vague, conjunctive-disjunctive pleading wasn't the only problem with White's complaint. She also failed to allege a "real and immediate threat of repeated injury in the future." *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 946 (9th Cir. 2011). White offers one line on her future plans to visit this Starbucks: She "continues to be deterred from visiting the Coffee Shop because of the future threats of injury created by these barriers."

- 1 -

That's insufficient. White hasn't alleged basic details about where she lives in relation to this particular Starbucks or offered any other facts that suggest these parking spaces would pose problems to her in the future. In short, White's "'some day' intentions—without any description of concrete plans, or indeed even any specification of *when* the someday will be" don't meet standing requirements. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 564 (1992).

The Court orders White to file an amended complaint that clarifies how the sloped spaces affect her walker, and addresses her concrete plans to return to this Starbucks. If White fails to file an amended complaint by September 14, 2017, the Court will dismiss the action.

**IT IS SO ORDERED**.

Dated: September 1, 2017

*[signature: Larry A. Burns]*

HONORABLE LARRY ALAN BURNS
United States District Judge